No. 92–924. GARTHRIGHT, EXECUTOR v. ESTATE OF LOCKE, DECEASED. Ct. App. Tenn. Certiorari denied.

No. 92–925. CENTRAL BAPTIST THEOLOGICAL SEMINARY v. MINNESOTA DEPARTMENT OF NATURAL RESOURCES ET AL. Ct. App. Minn. Certiorari denied.

No. 92–932. BAKER v. BENNETT ET AL. Sup. Ct. Ala. Certiorari denied.

No. 92–934. GOULD v. SMITH, TRUSTEE, MIAMI CENTER LIQUIDATING TRUST, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–936. NEELY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–939. SPANG & CO. v. DELGROSSO ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–941. BOTE, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, ROGERS v. THOMAS. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–942. AMES ET UX. v. SUNDANCE STATE BANK. C. A. 10th Cir. Certiorari denied.

No. 92–943. CAMPO v. ELECTRO-COAL TRANSFER CORP., INC.; and
No. 92–1211. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA v. ELECTRO-COAL TRANSFER CORP., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–944. CATLETT, HEIR OF THE ESTATE OF CATLETT, DECEASED v. RICHARDS, INDIVIDUALLY AND AS SUCCESSOR ADMINISTRATOR OF THE ESTATE OF CATLETT, DECEASED, ET AL. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 92–945. NORTHWEST AIRLINES, INC. v. AMERICAN AIRLINES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–947. BMW OF NORTH AMERICA, INC. v. BIG APPLE BMW, INC., ET AL. C. A. 3d Cir. Certiorari denied.